FILED'07 MAY 15 16:29USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **MUSSE H. ABDULLE,** | No. **06-cv-1115-ST** <br> Agency # **74-666-151** |
| Petitioner, | |
| vs. | **AGREED ORDER** <br> **AWARDING EAJA FEES** |
| **ALBERTO R. GONZALES**, Attorney General of the United States, and others, | |
| Respondents. | |

Petitioner through his attorney Michael T. Purcell, and respondents Michael Chertoff, Emilio Gonzales, and William McNamee, through their attorneys, Karin J. Immergut, United States Attorney for the District of Oregon and Ronald K. Silver, Assistant United States Attorney for the District of Oregon agree that this Court enter an order awarding the sum of $11,750.00 to petitioner based on petitioner's application for attorney fees and costs under the Equal Access to Justice Act, ("EAJA"), 18 U.S.C § 2412(d) (Docket #12).

On March 27, 2006, this court entered judgment in this case in favor of petitioner, based on the joint motion of the parties. Docket # 21. All parties waived their rights to appeal this judgment.

On April 12, 2007, petitioner filed a motion asking that this court order the respondents to pay the petitioner's attorney fees and costs pursuant to EAJA. This is the only motion pending in this action.

The parties agreed that the sum of $11,750.00 will be paid by the United States Citizenship and Immigration Services ("USCIS"), a part of the Department of Homeland Security ("DHS"), or any other agency of the United States so designated and agreed to by the parties, in full satisfaction of petitioner's outstanding application

to this court requesting the award to petitioner of fees and costs under EAJA (Docket #22).

It is therefore ordered that USCIS, a part of DHS, or any other appropriate federal agency pay to petitioner, through petitioner's counsel, Michael T. Purcell, the sum of $11,750.00 It is further ordered that the Portland Oregon office of respondent USCIS shall promptly communicate with petitioner's counsel regarding details such as taxpayer identification numbers and similar matters necessary to effect the payment of the sum ordered by the court.

All parties waive all rights to appeal this order.

With the signing of this agreed order, the Clerk of the Court is directed to close this case.

Dated this _15th_ day of May, 2007

_____
JANIS M. STEWART
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted:

Dated: May 9th 2007

/s/ Michael T. Purcell

MICHAEL T. PURCELL,
OSB #85309
520 SW Yamhill, Suite 422
Portland, OR 97204
Tel: 503.241.8203
Fax: 503.241.1694

Dated: May 9th 2007

KARIN J. IMMERGUT
United States Attorney
District of Oregon

/s/ Ronald K. Silver

RONALD K. SILVER
Assistant United States Attorney
1000 SW Third Ave., Suite 600
Portland, OR 97204-2902
Telephone: 503. 727.1025
Facsimile: 503.727.1117